## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES WOODS

FILED

CIVIL ACTION

v.

NOV 1 3 2014

GREGG BLENDER
CARRIE EVENS

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk   NO. 14-5961

### ORDER

AND NOW, this 15 day of November, 2014, upon consideration of plaintiff's motion

to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1.      Leave to proceed *in forma pauperis* is GRANTED.

2.      Plaintiff James Woods, #394400, shall pay the full filing fee of $350 in

installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by

plaintiff, an initial partial filing fee of $13.65 is assessed. The Warden or other appropriate

official at the Curran-Fromhold Correctional Facility or at any other prison at which plaintiff

may be incarcerated is directed to deduct $13.65 from plaintiff's inmate trust fund account, when

such funds become available, and forward that amount to the Clerk of the United States District

Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA

19106, to be credited to Civil Action No. 14-5961. After the initial partial filing fee is collected

and until the full filing fee is paid, the Warden or other appropriate official at the Curran-

Fromhold Correctional Facility or at any other prison at which plaintiff may be incarcerated,

shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds

$10, an amount no greater than 20 percent of the money credited to his account during the

preceding month and forward that amount to the Clerk of Court at the address provided above to

be credited to Civil Action No. 14-5961.

3.    The Clerk of Court is directed to send a copy of this order to the Warden of the Curran-Fromhold Correctional Facility.

4.    The complaint is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

5.    The Clerk of Court shall CLOSE this case.

BY THE COURT:

JUAN R. SANCHEZ, J.